FILED
Nov 7  2 11 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO PASQUINI<br>Plaintiff, | : : : : | CIVIL ACTION NO:<br>3:03 CV 1414(PCD) |
| DESCO CORPORATION; DESCO<br>CORPORATION LONG TERM DISABILITY<br>INCOME PLAN; UNUM LIFE INSURANCE<br>COMPANY<br>Defendants. | : : : : : : | November 6, 2003 |

## NOTICE OF FILING OF
## PLAINTIFF'S MOTION TO COMPEL

Pursuant to Judge Dorsey's supplemental order re motion filing procedure, plaintiff hereby gives notice that as of today's date he served Plaintiff's Motion to Compel on defendants' counsel.

PLAINTIFF

By: _____
David S. Rintoul (ct# 08456)
BROWN, PAINDIRIS & SCOTT, LLP
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700

## CERTIFICATION

The undersigned hereby certifies that the foregoing Plaintiff's Motion to Compel was served by first class mail, postage pre-paid on November 6, 2003 to:

Alexander Schwartz
3695 Post Road
P.O. Box 701
Southport CT 06890

_____
David S. Rintoul