IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO PASQUINI | : |
| Plaintiff | : CIVIL ACTION NO. |
| | : 3:03CV 141 (PCD) |
| v. | : |
| DESCO CORPORATION; DESCO CORPORATION LONG TERM DISABILITY INCOME PLAN; UNUM LIFE INSURANCE COMPANY | : |
| Defendant | : November 19, 2003 |

## STIPULATION RE: DISCOVERY

Defendants Unum Life Insurance Company of America ("Unum"), DESCO Corporation Long Term Disability Income Plan, and DESCO Corporation, by their counsel, Alexander Schwartz, Esq., and the plaintiff, Mario Pasquini, by his attorney, stipulate that defendant Unum life Insurance Company will respond within 30 days of this date to Interrogatories 12 and 13 and the corresponding aspects of Request for Production #1, and Request for Production #3, set forth in plaintiff's September 23, 2003 discovery requests. Based thereon, the plaintiff withdraws as moot any effort he has made to compel Unum Life Insurance Company to respond to discovery.

UNUM LIFE INSURANCE COMPANY

_____
Alexander H. Schwartz, Esq. ct 05773
3695 Post Road, Suite 203
P.O. Box 701
Southport, CT  06480-0701
203.255.9829
203.255.9839 (fax)
alex@ahschwartz.com

MARIO PASQUINI

_____
David S. Rintoul, Esq. ct 08456
Brown, Paindiris & Scott, LLP
2252 Main St.
Glastonbury, CT  06033
860.659.0700

SO ORDERED:

_____
Peter C. Dorsey
Senior United States District Judge