UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO PASQUINI | : | |
| | : | |
| vs. | : | CIVIL NO. 3:03CV141 (PCD) |
| | : | |
| DESCO CORP., ET AL. | : | |
| | : | |

**AMENDED TRIAL PREPARATION ORDER**

Dated at New Haven, Connecticut:  February 9, 2004

Pursuant to the Trial Preparation Order issued September 22, 2003, doc. no. 10, the deadlines are amended as follows:

    Section A:  **February 18, 2004**

    Section B:  **February 25, 2004**

    Section C:  **March 3, 2004**
**at which time this case shall be deemed <u>ready for trial</u>.**

**<u>Non-compliance with the above dates by counsel can result in an automatic dismissal or default of the above-captioned case.</u>**

                             /s/
                        Peter C. Dorsey, Senior Judge
                        United States District Court