# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

MARIO PASQUINI     :
            :
 vs.        :   CIVIL NO. 3:03CV141 (PCD)
            :
DESCO CORP., ET AL.    :
            :

## AMENDED TRIAL PREPARATION ORDER

Dated at New Haven, Connecticut:   February 9, 2004

Pursuant to the Trial Preparation Order issued September 22, 2003, document no. 10, the deadlines are modified as follows:

    Section A: **February 19, 2004**

    Section B: **February 26, 2004**

    Section C: **March 4, 2004**
    **at which time this case shall be deemed <u>ready for trial</u>.**

    **<u>Non-compliance with the above dates by counsel can result in an automatic dismissal or default of the above-captioned case.</u>**

       /s/
       Peter C. Dorsey, Senior Judge
       United States District Court