FILED
Feb 25  2 52 PM '04
DISTRICT COURT
NEW HAVEN, CONN.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO PASQUINI | : | CIVIL ACTION NO: |
| Plaintiff, | : | 3:03 CV 141(PCD) |
| | : | |
| | : | |
| DESCO CORPORATION; DESCO | : | |
| CORPORATION LONG TERM DISABILITY | : | February 23, 2004 |
| INCOME PLAN; UNUM LIFE INSURANCE | : | |
| COMPANY | : | |
| Defendants. | : | |

## JOINT MOTION RE TRIAL PREPARATION ORDER

The parties jointly move that the date for the trial preparation order be delayed until 60 days after decision on Defendants' Pending Motion for Judgment.

This case is a review of Defendant UNUM's decision on plaintiff's application for long-term disability benefits pursuant to a welfare benefit plan subject to ERISA. The parties agree that the decision will be reviewed under an arbitrary and capricious standard. Pursuant to applicable law, therefore, the case will be decided on the basis of the administrative record, which has been submitted to the Court along with Defendant's Motion for Judgment. The parties agree that the case should be resolved based on a review of the administrative record without the necessity for a trial. If the case is resolved on the motion, there will be no need for a trial or preparation of the trial preparation order. If the

Court, after considering the motion, decides that a trial is necessary, the parties can then submit compliance with the trial preparation order. The parties therefore respectfully request that the Court grant this motion.

PLAINTIFF

By: _____
David S. Rintoul (ct# 08456)
BROWN, PAINDIRIS & SCOTT, LLP
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700

DEFENDANT

By: _____
Alexander Schwartz (ot 05773)
3695 Post Road
P.O. Box 701
Southport CT 06890
(203) 255-9829

**Certification**

The undersigned certifies that on February 23, 2004, he has sent a copy of the foregoing to the following address, certified mail, postage prepaid:

Alexander Schwartz
3695 Post Road
P.O. Box 701
Southport CT 06890

2

TOTAL P.03