# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

MARIO PASQUINI                             :
                                           :
        VS.                                :        CASE NO. 3:03CV141 (PCD)
                                           :
DESCO CORPORATION, ET AL.                  :

## ENDORSEMENT ORDER

The Joint Motion Re: Trial Preparation Order, document no. 16, is DENIED as there is no

Motion for Judgment on file.

SO ORDERED.  Dated at New Haven, Connecticut, this 26th day of February, 2004.

_____/s/_____

Peter C. Dorsey, U.S. District Judge
United States District Court