FILED

APR 26  2 15 PM '04

U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO PASQUINI | : | CIVIL ACTION NO: |
| Plaintiff, | : | 3:03 CV 141(PCD) |
| | : | |
| DESCO CORPORATION; DESCO | : | |
| CORPORATION LONG TERM DISABILITY | : | April 20, 2004 |
| INCOME PLAN; UNUM LIFE INSURANCE | : | |
| COMPANY | : | |
| Defendants. | : | |

## STIPULATION & WITHDRAWAL OF CLAIMS AGAINST DEFENDANTS DESCO CORPORATION AND DESCO LONG-TERM DISABILITY INCOME PLAN

### Stipulation

The parties hereby stipulate and agree as follows:

1. Defendant Unum Life Insurance Company ("UNUM") is the proper defendant in this matter.

2. In the event of a final judgment in favor of plaintiff, Unum Life Insurance Company is the responsible party for any relief awarded.

3. UNUM agrees that it shall not for any reason assert in this litigation that the fact that Defendants DESCO Corporation and the DESCO Corporation Long-Term Disability Income Plan are not parties to this action to impair or otherwise affect plaintiff's claims in this case.

4. UNUM and Defendants DESCO Corporation and the DESCO Corporation Long-Term Disability Income Plan agree that at any time UNUM succeeds in withdrawing any portion of the stipulations provided in paragraphs 1 to 3 above, they consent that plaintiff may join Defendants DESCO Corporation and the DESCO Corporation Long-Term Disability Income Plan as defendants in this action and they agree not to oppose such joinder, including without limitation asserting that any limitations period is a bar to such joinder.

### Withdrawal

Plaintiff hereby withdraws all claims against DESCO Corporation and the DESCO Corporation Long-Term Disability Income Plan, without prejudice.

PLAINTIFF

By: _____
David S. Rintoul (ct#08456)
BROWN, PAINDIRIS & SCOTT
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700
(860) 652-4382 - fax

2

DEFENDANTS
UNUM LIFE INSURANCE COMPANY OF AMERICA
DESCO CORPORATION
DESCO CORPORATION LONG TERM DISABILITY INCOME PLAN

By: _____
Alexander H. Schwartz (ct 05773)
3695 Post Road, Suite 203
P.O. Box 701
Southport, CT 06480-0701
203-255-9829

**Certification**

The undersigned certifies that on April 22, 2004, he has sent a copy of the foregoing to the following address, certified mail, postage prepaid:

Alexander Schwartz
3695 Post Road
P.O. Box 701
Southport CT 06890

_____
David S. Rintoul

3