UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO PASQUINI | : | |
| | : | |
| VS. | : | CASE NO. 3:03CV141 (PCD) |
| | : | |
| DESCO CORPORATION, ET AL. | : | |

## ENDORSEMENT ORDER

The Stipulation & Withdrawal of Claims Against Defendants Desco Corporation and Desco Long-Term Disability Income Plan, document no. 18, is SO ORDERED.

Dated at New Haven, Connecticut, this 2nd day of June, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court