## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO PASQUINI | : | |
| | : | |
| vs. | : | CIVIL NO. 3:03CV141 (PCD) |
| | : | |
| DESCO CORP., ET AL. | : | |
| | : | |

## AMENDED TRIAL PREPARATION ORDER

Dated at New Haven, Connecticut: October 14, 2004

Pursuant to the Trial Preparation Order issued September 22, 2003, document no. 10, and amended February 9, 2004, document no. 14, the deadlines are modified as follows:

       Section A:    **October 22, 2004**

       Section B:    **October 28, 2004**

       Section C:    **November 3, 2004**
       **at which time this case shall be deemed <u>ready for trial</u>.**

       **<u>Non-compliance with the above dates by counsel can result in an automatic dismissal or default of the above-captioned case.</u>**

                                /s/
                            Peter C. Dorsey, Senior Judge
                            United States District Court