**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARIO PASQUINI | : | CIVIL ACTION NO: |
|     Plaintiff, | : | 3:03 CV 141(PCD) |
| | : | |
| | : | |
| DESCO CORPORATION; DESCO | : | |
| CORPORATION LONG TERM DISABILITY | : | October 19, 2004 |
| INCOME PLAN; UNUM LIFE INSURANCE | : | |
| COMPANY | : | |
|     Defendants. | : | |

**JOINT MOTION TO WAIVE TRIAL ORDER**

The parties jointly move for the Court to accept the parties' cross motions for judgment in lieu of the trial order. This case is an appeal of a denial of long-term disability benefits pursuant to ERISA. Pursuant to Second Circuit precedent, the proper manner to resolve such matters is a bench trial on the papers rather than by a trial with live testimony. Muller v. First Unum Life Insurance Company, 341 F.3d 119, 124 (2d Cir. 2003). The parties have submitted all briefing and exhibits for a trial on the papers with this motion. Since no live trial is necessary for resolution of this case, the parties respectfully move the Court to waive the requirement of the trial order.

PLAINTIFF,

DEFENDANT,
Unum Life Insurance Company of
America

By:_____

    David S. Rintoul, Esq.
    Brown, Paindiris & Scott
    2252 Main Street
    Glastonbury, CT  06033
    (860) 659-0700
    (860) 652-4382 (fax)
    drintoul@bpslawyers.com

By:_____

    Alexander H. Schwartz (ct05733)
    3695 Post Road
    P.O. Box 701
    Southport, CT 06890
    Tel:  (203)255-9829
    Fax:  (203) 255-9839
    alex@ahschwartz.com

## **CERTIFICATION**

The undersigned hereby certifies that the above motion was served by first class mail, postage pre-paid on October 19, 2004 to:

Alexander Schwartz
3695 Post Road
P.O. Box 701
Southport CT 06890

_____
David S. Rintoul