IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO PASQUINI | : | CIVIL ACTION NO: |
|    Plaintiff, | : | 3:03 CV 141(PCD) |
| | : | |
| | : | |
| DESCO CORPORATION; DESCO | : | |
| CORPORATION LONG TERM DISABILITY | : | July 1, 2004 |
| INCOME PLAN; UNUM LIFE INSURANCE | : | |
| COMPANY | : | |
|    Defendants. | : | |

**PLAINTIFF'S MOTION FOR JUDGMENT
ON BENCH TRIAL ON THE PAPERS**

Plaintiff hereby moves this Court to enter judgment in favor of plaintiff based on the Suggested Conclusions of Fact and Suggested Conclusions of Law for the reasons set forth in Plaintiff's Memorandum In Support of Plaintiff's Motion for Judgment, filed simultaneously herewith.

                                                                   PLAINTIFF

                                                                   By: _____
                                                                   David S. Rintoul (ct# 08456)
                                                                   BROWN, PAINDIRIS & SCOTT, LLP
                                                                   2252 Main Street
                                                                   Glastonbury, CT 06033
                                                                   (860) 659-0700

## **CERTIFICATION**

The undersigned hereby certifies that the above motion was served by first class mail, postage pre-paid on July 1, 2004 to:

Alexander Schwartz
3695 Post Road
P.O. Box 701
Southport CT 06890

                                                                                      David S. Rintoul