# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO PASQUINI | : | |
|      Plaintiff, | : | |
| | : | 3:03 CV 1414(PCD) |
| | : | |
| v. | : | |
| | : | |
| DESCO CORPORATION; DESCO CORPORATION | : | |
| LONG TERM DISABILITY INCOME PLAN, and | : | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | : | |
|      Defendants | : | FEBRUARY 9, 2004 |

## DEFENDANTS' MOTION FOR JUDGMENT
## ON THE ADMINISTRATIVE RECORD

_____The defendant, Unum Life Insurance Company ("Unum") moves that the court enter judgment confirming its administrative decision to deny the plaintiff's application for long-term disability benefits.  As this is a case governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), this court's review of Unum's decision is based solely on the administrative record it compiled below.

In support of this Motion, Unum submits a full and complete copy of the 656 page long administrative record and a Memorandum of Law.

RESPECTFULLY SUBMITTED,
UNUM LIFE INSURANCE COMPANY
OF AMERICA


By: _____
      Alexander H. Schwartz, Esq.(ct 05773)
      3695 Post Road, Suite 203
      P.O. Box 701
      Southport, CT   06480-0701
      203.255.9829
      203.255.9839 (fax)

## **ORDER**

The foregoing having been presented to the Court, it is hereby ORDERED:

GRANTED/DENIED


_____


_____  **CERTIFICATION**


I hereby certify that a true copy of the foregoing has been mailed this 9th day of February, 2004 to the following counsel and pro se parties:

David S. Rintoul, Esq.
Brown Paindiris & Scott, LLP
2252 Main Street
Glastonbury, CT 06033


_____
      Alexander H. Schwartz