UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 NOV 23 A 4: 25

U.S. DISTRICT COURT
NEW HAVEN, CT

MARIO PASQUINI               :
                             :
VS.                          :          CASE NO. 3:03CV141 (PCD)
                             :
DESCO CORPORATION, ET AL.    :

### ENDORSEMENT ORDER

The Joint Motion to Waive Trial Order, document no. 21, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 23rd day of November, 2004.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court