# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO PASQUINI : | |
|     Plaintiff, : | |
| : | 3:03CV 141 (PCD) |
| v. : | |
| : | |
| DESCO CORPORATION; DESCO : | |
| CORPORATION LONG TERM DISABILITY : | |
| INCOME PLAN; UNUM LIFE INSURANCE : | |
| COMPANY OF AMERICA : | |
|     Defendant : | JANUARY 27, 2005 |

## PLAINTIFF'S MOTION FOR A SIX MONTH STAY OF PROCEEDINGS

Plaintiff moves that the Court stay proceedings in this case for a period of six (6) months in order to permit the plaintiff to resubmit his application for long term disability benefits to the defendant, and for the defendant to review that re-submitted application Because plaintiff's resubmission may moot further proceedings in this court, the defendant agrees to the relief requested herein. Currently, cross motions for judgment have been briefed and are pending with the Court.

In support thereof, the plaintiff states the following:

1. On November 18, 2004, defendant Unum Life Insurance Company of America and several of its affiliates, all of which are subsidiaries of UnumProvident


Corporation, entered into a Regulatory Settlement Agreement ("RSA") with the Superintendent of the State of Maine Bureau of Insurance, the Commissioner of the Tennessee Department of Commerce and Insurance, and the Commissioner of the Massachusetts Division of Insurance, along with insurance regulators of the remaining states.[1] The RSA was implemented according to its terms on January 19, 2005.  As a result of signing the RSA, Unum Life Insurance Company of America has agreed, *inter alia* and upon request of certain claimants whose claims for long term disability benefits were denied, to reassess those claims.  According to the terms of the RSA, a General Notice to Claimants Eligible for Reassessment will be issued to the eligible class within 15 days of January 19, 2005, or on or about February 3, 2005.  Upon receipt of the notice, the claimant eligible for reassessment must then determine whether to participate in the reassessment and, if so, take certain action required by the RSA.

2.     Plaintiff is aware of the terms of the RSA and his attorney has informed Unum's attorney that he intends to apply for reassessment under the RSA.

---

[1] The complete terms of the RSA can be found at the following Internet address: http://www.unum.com/settlementagreement/UnumLifeSettlementAgreement.pdf

3.  If the court grants plaintiff's motion, he will be able to resubmit his claim to Unum along with such other further information as he feels may be appropriate in support of his claim that he is disabled under the disability plan at issue. If Unum on reassessment agrees that the plaintiff is disabled, this case will become moot. If Unum maintains its current position, the case may proceed forward without delay.

                    PLAINTIFF,

By: *[signature]*

David S. Rintoul, Esq.
BROWN, PAINDIRIS & SCOTT, LLP
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700
Fed. Bar No. ct#08456

## **CERTIFICATION**

The undersigned hereby certifies that the above motion was served by first class mail, postage pre-paid on January 27, 2005 to:

Alexander Schwartz
3695 Post Road
P.O. Box 701
Southport CT 06890

---
David S. Rintoul