## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Mario PASQUINI,<br>    Plaintiff, | :<br>:<br>: |
| vs. | : Case No. 3:03cv141 (PCD)<br>: |
| DESCO CORP., ET AL.,<br>    Defendants. | :<br>: |

## **ORDER**

The Cross-Motions for Judgment on the Pleadings [Doc. Nos. 22 and 24] currently pending are **denied** without prejudice to renew, if necessary, once the stay in this case has been lifted.

SO ORDERED.

Dated at New Haven, Connecticut, July 12th, 2005.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court