## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO PASQUINI,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    Civil No. 3:04cv0141 (PCD) |
| | : |
| DESCO CORP., et al.,<br>    Defendants. | :<br>: |

## ORDER TO SHOW CAUSE

This case was stayed until August 31, 2005 in order to give Plaintiff six months to resubmit his application for long-term disability benefits to Defendant and for Defendant to review that application.  Parties were ordered to file a status report on or before August 31, 2005, but have failed to do so as of the date of this Order.  It is hereby

ORDERED, that Plaintiff show cause on or before November 16, 2005, why the case should not be dismissed for want of prosecution and want of status report.  If Plaintiff fails to respond on or before November 16, 2005, the case shall be dismissed.

SO ORDERED.

Dated at New Haven, Connecticut, November  2 , 2005.

                                                                 /s/
                                            Peter C. Dorsey
                                   United States District Judge