IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO PASQUINI<br>Plaintiff, | :    3:03 CV 141 (PCD)<br>:<br>:<br>: |
| DESCO CORPORATION; DESCO<br>CORPORATION LONG TERM DISABILITY<br>INCOME PLAN; UNUM LIFE INSURANCE<br>COMPANY<br>Defendants. | :<br>:<br>:<br>:     NOVEMBER 16, 2005<br>: |

### MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

Pursuant to Local Rule 6(b), the plaintiff, Mario Pasquini, in the above-entitled action hereby moves the Court for an additional one day up to and including November 17, 2005 within which to file Plaintiff's Status Report and Section Motion to Stay Case.

The Plaintiff represents that an extension is necessary because of a delay in inadvertent error regarding the inability to file the instant motion. The undersigned has made an attempt but is unable to determine the position of the defendant on this action. The undersigned represents that this is the first such Motion for Extension of time addressed in this action.

PLAINTIFF

By: _____
David S. Rintoul (ct# 08456)
BROWN, PAINDIRIS & SCOTT, LLP
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700

-2-

## CERTIFICATION

The undersigned hereby certifies that the above motion was served by first class mail, postage pre-paid on November 16, 2005 to:

Alexander Schwartz
3695 Post Road
P.O. Box 701
Southport CT 06890

_____
David S. Rintoul