United States District Court
District of Connecticut
FILED AT    NEW HAVEN

Nov 17, 2005
Kevin F. Rowe, Clerk
By: P. A. Villano
Deputy Clerk

FILED
2005 NOV 17 A 9:38
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO PASQUINI<br>Plaintiff, | : <br> : <br> :    3:03CV 141 (PCD) |
| v. | : <br> : |
| DESCO CORPORATION; DESCO<br>CORPORATION LONG TERM DISABILITY<br>INCOME PLAN; UNUM LIFE INSURANCE<br>COMPANY OF AMERICA<br>Defendant | : <br> : <br> : <br> : <br> :    NOVEMBER 16, 2005 |

### PLAINTIFF'S STATUS REPORT
### AND
### SECOND MOTION TO STAY CASE

Plaintiff submits this status report in response to this court's November 2, 2005 Order to Show Cause why the above-captioned case should not be dismissed. Plaintiff also moves for a further six-month stay of this case.

This case involves a claim for disability benefits pursuant to the Employee Retirement Income Security Act. As set forth in the prior motion to stay, the defendant had entered into a multi-state settlement providing a procedure for further administrative review of previously-denied disability claims. Plaintiff consented to submit his claim to this process, but the defendant required that any pending litigation

1

be stayed pending resolution of the administrative review. The Court's order granted the motion to stay the case, and required plaintiff to file a status report on August 31, 2005, which plaintiff did not do. Both parties have filed and fully briefed motions for judgment on the pleadings, which the Court denied without prejudice pending expiration of the stay.

The administrative review of plaintiff's claim is still pending. The defendant contacted plaintiff for the first time last week requesting the materials necessary to commence the review, and plaintiff is diligently assembling the required materials.

Plaintiff hereby moves for a further six-month stay of this case to May 15, 2006 pending resolution of the administrative review. If the Court denies the motion, plaintiff hereby renews its Motion for Judgment on the Pleadings.

PLAINTIFF,

By: _____

David S. Rintoul, Esq.
BROWN, PAINDIRIS & SCOTT, LLP
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700
Fed. Bar No. ct#08456

## **CERTIFICATION**

The undersigned hereby certifies that the above motion was served by first class mail, postage pre-paid on November 16, 2005 to:

Alexander Schwartz
3695 Post Road
P.O. Box 701
Southport CT 06890

_____
David S. Rintoul

3