# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

MARIO PASQUINI,                          :
      Plaintiff                      :
                                     :
vs.                                      :        Civil No. 3:03cv141 (PCD)
                                     :
DESCO CORPORATION; DESCO                 :
CORPORATION LONG TERM                    :
DISABILITY INCOME PLAN; UNUM             :
LIFE INSURANCE COMPANY OF                :
AMERICA,                                 :
      Defendants.                    :


## ORDER RE: PLAINTIFF'S STATUS REPORT AND SECOND MOTION TO STAY

Pursuant to this Court's Order to Show Cause dated November 2, 2005, Plaintiff filed a Status Report and a second Motion to Stay the case [Doc. No. 37]. Plaintiff's Motion to Stay is **granted**. The case is hereby stayed for three months, until March 8, 2006, at which point Plaintiff will inform the Court of the status of the case.

SO ORDERED.

Dated at New Haven, Connecticut, December  8 , 2005.


_____
               /s/
            Peter C. Dorsey
      United States District Judge