UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO PASQUINI<br>            Plaintiff, | :<br>:<br>: 3:03CV 141 (PCD) |
| v. | : |
| DESCO CORPORATION; DESCO<br>CORPORATION LONG TERM DISABILITY<br>INCOME PLAN; UNUM LIFE INSURANCE<br>COMPANY OF AMERICA<br>            Defendant | :<br>:<br>:<br>:<br>: MARCH 8, 2006 |

### PLAINTIFF'S STATUS REPORT
### AND
### THIRD MOTION TO STAY CASE

Plaintiff submits this status report in response to this Court's prior granting of its motion to stay the case pending completion of the defendant's reconsideration of its decision to deny plaintiff benefits. Plaintiff also moves for a further two-month stay of this case.

This case involves a claim for disability benefits pursuant to the Employee Retirement Income Security Act. As set forth in the prior motions to stay, the defendant had entered into a multi-state settlement providing a procedure for further administrative review of previously-denied disability claims. Plaintiff consented to

1

submit his claim to this process, but the defendant required that any pending litigation be stayed pending resolution of the administrative review. Both parties have filed and fully briefed motions for judgment on the pleadings, which the Court denied without prejudice pending expiration of the stay.

The administrative review of plaintiff's claim is still pending. Defendant's counsel has informed the undersigned that a decision on the reconsideration is expected in the next two to three weeks.

Plaintiff hereby moves for a further two month stay of this case to May 15, 2006 pending resolution of the administrative review. If the Court denies the motion, plaintiff hereby renews its Motion for Judgment on the Pleadings.

PLAINTIFF,

By: _____

David S. Rintoul, Esq.
BROWN, PAINDIRIS & SCOTT, LLP
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700
Fed. Bar No. ct#08456

2

## **CERTIFICATION**

The undersigned hereby certifies that the above motion was served by first class mail, postage pre-paid on March 8, 2006 to:

Alexander Schwartz
3695 Post Road
P.O. Box 701
Southport CT 06890

_____
David S. Rintoul