## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO PASQUINI,        Plaintiff | : : : | |
| vs. | : : | Civil No. 3:03cv141 (PCD) |
| DESCO CORPORATION; DESCO CORPORATION LONG TERM DISABILITY INCOME PLAN; UNUM LIFE INSURANCE COMPANY OF AMERICA,        Defendants. | : : : : : : : | |

## ORDER RE: PLAINTIFF'S STATUS REPORT AND FIFTH MOTION TO STAY

Plaintiff's Fifth Motion to Stay [Doc. No. 45] is **granted**. In light of the age of this case, this is the last motion to stay that will be granted. Defendants shall issue a decision on or before July 3, 2006.

SO ORDERED.

Dated at New Haven, Connecticut, May 8, 2006.

/s/_____
Peter C. Dorsey
United States District Judge