IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO PASQUINI | : | CIVIL ACTION NO: |
|     Plaintiff, | : | 3:03 CV 141(PCD) |
| | : | |
| | : | |
| DESCO CORPORATION; DESCO | : | |
| CORPORATION LONG TERM DISABILITY | : | September 1, 2006 |
| INCOME PLAN; UNUM LIFE INSURANCE | : | |
| COMPANY | : | |
|     Defendants. | : | |

**CERTIFICATION OF COMPLAINCE WITH SUPPLEMENT ORDER REGARDING
PLAINTIFF'S MOTION FOR JUDGMENT**

Pursuant to this Court's Supplemental Order, Motion Filing Procedure before Judge Dorsey, plaintiff gives notice that it has as of this date served its Motion for Judgment, and Memorandum In Support Of Plaintiff's Motion For Judgment For Award Of Attorneys Fees and supporting exhibits, statement on defendant, which complies with the deadline for filing this motion set by the Court.

                                                           PLAINTIFF,

                                     By    _____
                                                      David S. Rintoul, Esq.
                                                      Brown, Paindiris & Scott, LLP
                                                      2252 Main Street
                                                      Glastonbury, CT 06033
                                                      (860) 659-0700
                                                      Federal Bar No.: ct08456

## CERTIFICATION

The undersigned hereby certifies that the above motion was served by first class mail, postage pre-paid on September 1, 2006 to:

Alexander Schwartz
3695 Post Road
P.O. Box 701
Southport CT 06890

_____
David S. Rintoul