IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO PASQUINI<br>Plaintiff, | CIVIL ACTION NO:<br>3:03 CV 141(PCD) |
| DESCO CORPORATION; DESCO CORPORATION LONG TERM DISABILITY INCOME PLAN; UNUM LIFE INSURANCE COMPANY<br>Defendants. | November 17, 2006 |

### WITHDRAWAL OF CLAIMS

Plaintiff hereby withdraws this suit, with prejudice, without fees or costs to any party.

PLAINTIFF

By: _____
David S. Rintoul (ct#08456)
BROWN, PAINDIRIS & SCOTT
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700

## **CERTIFICATION**

The undersigned hereby certifies that the above motion was served by first class mail, postage pre-paid on November 17, 2006 to:

Alexander Schwartz
3695 Post Road
P.O. Box 701
Southport CT 06890

David S. Rintoul