## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

MARIO PASQUINI

    v.                                                        Civil No. 3:03 cv 141 (PCD)

DESCO CORPORATION, DESCO LONG TERM
DISABILITY INCOME PLAN AND UNUM LIFE
INSURANCE COMPANY

### **JUDGMENT**

      This matter came before the Honorable Peter C. Dorsey, Senior United States District Judge on plaintiff's motion to dismiss all claims.  On June 2, 2004 a Stipulation of Dismissal was granted dismissing defendants Desco Corporation and Desco Long Term Disability Income Plan.  The Court has reviewed all of the papers filed in conjunction with the motion and on November 27, 2006, entered an Electronic Order granting the relief.

      It is therefore ORDERED and ADJUDGED that the Complaint is dismissed and the case is closed.

      Dated at New Haven, Connecticut, this 28th day of November, 2006.

                                                          KEVIN F. ROWE, CLERK
                                                          By

                                                          /s/

                                                          Patricia A. Villano
                                                          Deputy Clerk

EOD: _____